UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TOOTSIE ROLL INDUSTRIES, INC. AND CHARMS MARKETING COMPANY,<br>    Plaintiffs,<br><br>v.<br><br>DAVID & GOLIATH, INC.,<br>    Defendant. | Civil Action No: 05-CV-12125-NMG |

## JOINT STIPULATION AND MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE

Plaintiffs Tootsie Roll Industries, Inc. and Charms Marketing Company ("Plaintiffs") and defendant David & Goliath, Inc. ("Defendant") hereby jointly stipulate and move for the dismissal of this action with prejudice ("Stipulation"), with each party to bear its own attorneys' fees and costs.

A proposed order accepting this Stipulation is attached hereto as Exhibit A.

Dated this 29th day of June, 2006.

Respectfully submitted,

| TOOTSIE ROLL INDUSTRIES, INC.<br>and CHARMS MARKETING COMPANY | DAVID & GOLIATH, INC. |
|---|---|
| By their attorney, | By its attorneys, |
| /s/ James J. Foster<br>James J. Foster (BBO # 553285)<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts  02210<br>617.646.8000<br>617.646.8646 (fax) | /s/ Jaren D. Wilcoxson<br>Jaren D. Wilcoxson (BBO # 637865)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, Massachusetts  02109<br>617.570.1000<br>617.227.8591 (fax)<br><br>- and – |

Janet T. Munn (Florida Bar No. 501281)
SHUTTS & BOWEN LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida  33131
305.415.9459
305.415.9859 (fax)
*Admitted Pro Hac Vice*